# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | 1: 12-CV-0775 AWI BAM |
| Plaintiff, | ORDER RELATING CASES |
| v. | |
| CAMARGO TRUCKING, a California corporation, LUIS G. CAMARGO, an individual, | |
| Defendants. | |

| | |
|---|---|
| BILLY GENE OLVEDA,<br><br>        Plaintiff,<br><br>v.<br><br>LUIS CAMARGO, | NEW CASE NUMBERS<br><br>1:12-CV-01359 AWI BAM<br>1:12-CV-01234 AWI BAM<br>1:12-CV-01576 AWI BAM<br>1:12-CV-01554-AWI BAM |
| MARC BENNETT,<br><br>        Plaintiff,<br><br>v.<br><br>CAMARGO TRUCKING, | OLD CASE NUMBERS<br><br>1:12-CV-01359-LJO-BAM<br>1:12-CV-01234-AWI-JLT<br>1:12-CV-01576-AWI-SMS<br>1:12-CV-01554-LJO-SKO |
| SABRINA COMBS,<br><br>        Plaintiff,<br><br>v.<br><br>AMTRACK, et al., | |
| JOYCE SORIANO-MCDOWELL,<br><br>        Plaintiff,<br><br>v.<br><br>LUIS CAMARGO, et al,<br><br>        Defendants. | |

The court finds that Billy Gene Olveda v. Luis Camargo, et al., 1:12-CV-01359 LJO BAM, Marc Bennett v. Camargo Trucking, 1:12-CV-01234 AWI JLT, Sabrina Combs v. Amtrak, et al., 1:12-CV-01576 AWI SMS, and Joyce Soriano-McDowell v. Luis Camargo, et al., 1:12-CV-01554 LJO SKO are similar to National Railroad Passenger Corporation v. Camargo Trucking, etc., 1:12-CV-00775 AWI BAM in that all cases appear to involve similar questions of fact and law and assignment to the same Judges is likely to effect a substantial savings of judicial

effort.  See Local Rule 83.  Therefore, IT IS HEREBY ORDERED THAT all the related actions be assigned to the same Judges as National Railroad Passenger Corporation v. Camargo Trucking, etc., 1:12-CV-00775 AWI BAM, as it is the lower numbered case.  IT IS FURTHER ORDERED THAT all future pleadings shall include the new case numbers.

IT IS SO ORDERED.

Dated:    October 10, 2012                                                         /s/ signature
                                                                   CHIEF UNITED STATES DISTRICT JUDGE