# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, ) ) ) | 1: 12-CV-0775 AWI BAM |
| ) | ORDER RELATING CASES |
| Plaintiff, ) ) | |
| v. ) ) | |
| CAMARGO TRUCKING, a California corporation, LUIS G. CAMARGO, an individual, ) ) ) ) | |
| Defendants. ) ) ) ) ) _____) | |

| | |
|---|---|
| **BILLY GENE OLVEDA,** ) | **NEW CASE NUMBERS** |
| ) | |
| Plaintiff, ) | **1:12-CV-01359 AWI BAM** |
| ) | **1:12-CV-01234 AWI BAM** |
| v. ) | **1:12-CV-01576 AWI BAM** |
| ) | **1:12-CV-01554-AWI BAM** |
| **LUIS CAMARGO,** ) | |
| _____) | |
| ) | |
| **MARC BENNETT,** ) | **OLD CASE NUMBERS** |
| ) | |
| Plaintiff, ) | **1:12-CV-01359-LJO-BAM** |
| ) | **1:12-CV-01234-AWI-JLT** |
| v. ) | **1:12-CV-01576-AWI-SMS** |
| ) | **1:12-CV-01554-LJO-SKO** |
| **CAMARGO TRUCKING,** ) | |
| _____) | |
| ) | |
| **SABRINA COMBS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **AMTRACK, et al.,** ) | |
| _____) | |
| ) | |
| **JOYCE SORIANO-MCDOWELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **LUIS CAMARGO, et al,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

The court finds that <u>Billy Gene Olveda v. Luis Camargo, et al.</u>, 1:12-CV-01359 LJO BAM, <u>Marc Bennett v. Camargo Trucking</u>, 1:12-CV-01234 AWI JLT, <u>Sabrina Combs v. Amtrak, et al.</u>, 1:12-CV-01576 AWI SMS, and <u>Joyce Soriano-McDowell v. Luis Camargo, et al.</u>, 1:12-CV-01554 LJO SKO are similar to <u>National Railroad Passenger Corporation v. Camargo Trucking, etc.</u>, 1:12-CV-00775 AWI BAM in that all cases appear to involve similar questions of fact and law and assignment to the same Judges is likely to effect a substantial savings of judicial

2

effort.  See Local Rule 83.  Therefore, IT IS HEREBY ORDERED THAT all the related actions be assigned to the same Judges as National Railroad Passenger Corporation v. Camargo Trucking, etc., 1:12-CV-00775 AWI BAM, as it is the lower numbered case.  IT IS FURTHER ORDERED THAT all future pleadings shall include the new case numbers.

IT IS SO ORDERED.

Dated:    October 10, 2012                              /s/ signature
                                               CHIEF UNITED STATES DISTRICT JUDGE